**Lonnie WICKLIFFE, Petitioner–Appellant,**

v.

**Rondle ANDERSON, Respondent–Appellee.**

No. 00–1684.

United States Court of Appeals, Seventh Circuit.

Aug. 9, 2001.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. ANN CLAIRE WILLIAMS, Circuit Judges.

ORDER

Our order of June 8, 2001 affirmed the district court's dismissal of Lonnie Wickliffe's § 2254 petition as an unauthorized successive collateral attack under *Nunez v. United States*, 96 F.3d 990 (7th Cir.1996). Because Wickliffe has a voluminous history of frivolous litigation in this circuit, we directed Wickliffe to show cause why he should not be sanctioned $500 and barred from proceeding in forma pauperis in any future filings.

Wickliffe's response provides no reason not to impose sanctions. Rather than address his prior filings, Wickliffe simply explains that he has a limited income. Wickliffe also included a $30 money order with his response addressed to the court as "Partial Payment."

We note that in deciding whether to sanction Wickliffe, we have taken into account that Wickliffe was paroled while his appeal was being decided. We remain concerned, however, about litigation Wickliffe may file in the future, either as a civilian or as a prisoner should his parole be revoked or he commit new crimes. Therefore, Wickliffe is hereby sanctioned $500 for his numerous filings and barred from proceeding in forma pauperis in any future filings. The $30 money order will be applied toward the $500 sanction. Wickliffe shall tender a check payable to the Clerk, United States Court of Appeals, for the remaining $470 by August 24, 2001. Furthermore, we remind Wickliffe that he still owes $210 in filing fees to the clerk of the district court of the Southern District

of Indiana for appeals number 97–4070 and 98–2742.